UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ZITA BATOR,

    Plaintiff,

vs.                                    Case No. 3:25-cv-668-MMH-MCR

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, to Dismiss, Abate, or Abstain from Proceeding (Doc. 15; Motion) filed on July 11, 2025. Upon review of the Motion, it appears that Defendant has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. As such, the Court will require Defendant to file a supplement: (1) certifying that it has conferred with Plaintiff on the Motion, (2) indicating whether Plaintiff agrees on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires. Accordingly, it is

**ORDERED:**

Defendant is **DIRECTED** to file a supplement to the Motion (Doc. 15) with the requisite Local Rule 3.01(g) Certification on or before **July 24, 2025**.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of July, 2025.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:
Counsel of Record